**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

KOUICHI TANIGUCHI,
         *Plaintiff-Appellant,*

v.

KAN PACIFIC SAIPAN, LTD., doing
business as Mariana Resort and
Spa,

         *Defendant-Appellee.*

No. 09-15212

D.C. No.
1:08-cv-00008
District of the
Northern Mariana
Islands

ORDER

On Remand from the United States Supreme Court

Filed July 20, 2012

Before: Michael Daly Hawkins, M. Margaret McKeown, and
Johnnie B. Rawlinson, Circuit Judges.

---

**ORDER**

Pursuant to the Opinion of the Supreme Court in *Taniguchi v. Kan Pacific Saipan, Ltd.*, No. 10-1472, 132 S. Ct. 1997 (2012), the district court's grant of Defendant's motion for costs pursuant to 28 U.S.C. § 1920(6) is REVERSED, and the matter is REMANDED for proceedings consistent with the Supreme Court's Opinion. The panel opinion, *Taniguchi v. Kan Pacific Saipan, Ltd.*, 633 F.3d 1218 (9th Cir. 2011), is vacated.

The mandate shall issue forthwith. *See* Fed. R. App. P. 41 (b).